JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR92-1781-RJB |
| Plaintiff, | |
| v. | ORDER ON STIPULATED MOTION ON THE BRIEFING SCHEDULE |
| DAMIEN LOREN JACKSON, | |
| Defendant. | |

THE COURT has reviewed the Stipulated Motion on the Briefing Schedule. IT IS HEREBY ORDERED that the Motion is GRANTED. Damien L. Jackson may file any supplemental motion for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) by October 25, 2024. The United States may file its response by November 29, 2024. Any reply should be filed by December 13, 2024, and the matter shall be noted for that date.

DATED this 15th day of April, 2024.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender

s/ *Teal Luthy Miller*
Assistant United States Attorney

ORDER ON STIPULATED MOTION
FOR BRIEFING SCHEDULE
(*U.S. v. Jackson*, CR92-1781-RJB) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100